| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Reichhold, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>13-1764826 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1035 Swabia Ct.<br>Durham, NC                              ZIP CODE  27703-5543 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Durham | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 13582<br>Research Triangle Park, NC          ZIP CODE  27709-3582 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Azusa, CA; Durham, NC; Houston, TX; Jacksonville, FL; Morris, IL; Newark, NJ; Pensacola, FL; Valley Park, MO       ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the<br>Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state the type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (consolidated with affiliates)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets (consolidated with affiliates)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities (consolidated with affiliates)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Reichhold, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Attachment 1** | Case Number: **As assigned** | Date Filed: **Same** |
| District: **District of Delaware** | Relationship: **Affiliate** | Judge: **As assigned** |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No. The above captioned Debtor does not believe that it owns or possesses any real or personal property that poses a threat of imminent and identifiable harm to public health or safety, nor is the Debtor aware of any current credible allegation to that effect. The Debtor operates it's business in compliance with applicable environmental rules and regulations. The Debtor is engaged in environmental remediation and cleanup in accordance with applicable environmental rules and regulations on certain properties it owns. The Debtor notes that it is not aware of any definition of "imminent identifiable harm" as used in this form.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Reichhold, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) X _____ (Printed Name of Foreign Representative) _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____ Signature of Attorney for Debtor(s) **Norman L. Pernick David R. Hurst Marion M. Quirk COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** 500 Delaware Avenue, Suite 1410 Wilmington, DE 19801 Telephone: 302-652-3131 Facsimile: 302-652-3117 Date: September 30, 2014 *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ X _____ Address _____ Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual **Roger L. Willis** Authorized Officer Date: September 30, 2014 | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

52719/0001-10275773v2

**Attachment 1**

**LIST OF AFFILIATED DEBTORS**

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of Title 11 of the United States Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1.      Reichhold Holdings US, Inc.
2.      Reichhold, Inc.
3.      Canadyne Corporation
4.      Canadyne-Georgia Corporation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
REICHHOLD, INC.,                                        :   Case No. 14-_____ (_____)
                                                        :
            Debtor.                                     :   Tax I.D. No. 13-1764826
------------------------------------------------------- x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 40 LARGEST UNSECURED CLAIMS

The following is a list of creditors (the "List of Creditors") holding the 40 largest unsecured claims against the above-captioned Debtor and certain of its debtor affiliates (collectively, the "Debtors"),[1] all of which simultaneously have commenced chapter 11 cases in this Court. The List of Creditors has been prepared on a consolidated basis from the unaudited books and records of the Debtors with estimated amounts as of September 30, 2014. The List of Creditors is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The List of Creditors does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of any Debtor's right to contest the validity, priority and/or amount of any such claim.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Reichhold Holdings US, Inc. (5768), Reichhold, Inc. (4826), Canadyne Corporation (7999), and Canadyne-Georgia Corporation (7170). The street address for the Debtors is 1035 Swabia Ct., Durham, NC 27703.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Reichhold Investments B.V. Lichtenauerlaan 102-120 3062 ME Rotterdam The Netherlands Telephone: +31 10 204 5543 Facsimile: +31 10 204 5894 | Abby Ho Reichhold Investments B.V. Lichtenauerlaan 102-120 3062 ME Rotterdam The Netherlands Telephone: +31 10 204 5543 Facsimile: +31 10 204 5894 abby.ho@reichhold.com | Intercompany Loan | | $93,870,000 |
| Pension Benefit Guaranty Corporation 1200 K Street, N.W. Washington, D.C. 20005-4026 Telephone: 202-326-4020 Facsimile: 202-326-4112 | Mr. Israel Goldowitz, Chief Counsel Office of the Chief Counsel 1200 K Street, N.W. Washington, D.C. 20005-4026 Telephone: 202-326-4020 Facsimile: 202-326-4112 | Pension Plan | | $54,000,000 |
| Stepan Company 22 W Frontage Rd Northfield, IL 60093-3407 Telephone: 847-446-7500 Facsimile: 847-446-2843 | Andy Britt, Sales Representative Stepan Company 22 W Frontage Rd Northfield, IL 60093-3407 Telephone 847-910-9094 Facsimile: 847-446-2843 abritt@stepan.com | Trade Payable | | $3,296,906 |
| Americas Styrenics LLC 24 Waterway Ave, Ste 1200 The Woodlands, TX 77380 Telephone: 281-203-5448 Facsimile: 281-203-5472 | Tom Jeanson, Business Manager – Styrene Americas Styrenics LLC 24 Waterway Ave, Ste 1200 The Woodlands, TX 77380 Telephone: 856-912-6505 Facsimile: 281-203-5472 tajeanson@amstyrenics.com | Trade Payable | | $2,055,857 |

2

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Nexeo Solutions LLC<br>62190 Collections Center Dr<br>Chicago, IL 60693-0621<br>Telephone: 614-790-3245<br>Facsimile: 614-790-3021 | Diann Craig, Corporate Account Manager<br>Nexeo Solutions LLC<br>62190 Collections Center Dr<br>Chicago, IL 60693-0621<br>Telephone: 248-568-7646<br>Facsimile: 614-790-3021<br>dcraig@nexeosolutions.com | Trade Payable | | $2,041,777 |
| Archer Daniels Midland Company<br>77 West Wacker Dr.<br>Ste. 4600<br>Chicago, IL 60601<br>Telephone: 651-388-7111<br>Facsimile: 651-388-9488 | Matt Fray, Product Manager Industrial Oils<br>Archer Daniels Midland Company<br>77 West Wacker Dr.<br>Ste. 4600<br>Chicago, IL 60601<br>Telephone: 612-770-7531<br>Facsimile: 651-388-9488<br>Matthew.fray@adm.com | Trade Payable | | $1,851,257 |
| CITGO Petroleum Corp<br>1293 Eldridge Pkwy<br>Houston, TX 77077<br>Telephone: 832-486-1490<br>Facsimile: 713-570-5375 | Jim Denshaw, Senior Credit Manager<br>CITGO Petroleum Corp<br>1293 Eldridge Pkwy<br>Houston, TX 77077<br>Telephone: 832-486-4178<br>Facsimile: 713-570-5375<br>jdenshaw@citgo.com | Trade Payable | | $1,642,057 |
| Sherwin Williams Company<br>101 Prospect Ave. NW<br>Cleveland, OH 44115<br>Telephone: 216-515-8780<br>Facsimile: 216-830-4287 | Sherwin Williams Company<br>Attn: Accounts Receivable<br>101 Prospect Ave. NW<br>Cleveland, OH 44115<br>Telephone: 216-515-8780<br>Facsimile: 216-830-4287<br>cfs@sherwin.com | Trade Payable | | $1,607,317 |
| Huntsman Petrochemical LLC<br>10003 Woodloch Forest Dr.<br>The Woodlands, TX 77380<br>Telephone: 281-719-4869<br>Facsimile: 281-719-4013 | Fred Serrett, Sr. Credit Manager<br>Huntsman Petrochemical LLC<br>10003 Woodloch Forest Dr.<br>The Woodlands, TX 77380<br>Telephone: 281-719-4378<br>Facsimile: 281-719-4093<br>fred_serrett@huntsman.com | Trade Payable | | $1,213,139 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Lyondell Chemical Company<br>1221 McKinney<br>Ste 700<br>Houston, TX 77010<br>Telephone: 713-309-4527<br>Facsimile: 713-652-4542 | Don Hamilton, Global Head of Credit<br>Lyondell Chemical Company<br>1221 McKinney<br>Ste 700<br>Houston, TX 77010<br>Telephone: 713-309-4980<br>Facsimile: 713-652-4542<br>don.hamilton@lyondellbasell.com | Trade Payable | | $1,174,187 |
| Texmark Chemicals Inc<br>900 Clinton Dr.<br>Galena Park, TX 77547<br>Telephone: 713-455-1206<br>Facsimile: 713-455-8959 | Ed Windell, VP Marketing<br>Texmark Chemicals Inc<br>900 Clinton Dr.<br>Galena Park, TX 77547<br>Telephone: 281-660-1680<br>Facsimile: 713-455-8959<br>ewindell@texmark.com | Trade Payable | | $1,090,444 |
| StanChem Inc<br>401 Berlin St.<br>East Berlin, CT 06023-1127<br>Telephone: 860-828-0571<br>Facsimile: 860-828-3297 | StanChem Inc<br>Attn: D. Erickson<br>401 Berlin St.<br>East Berlin, CT 06023-1127<br>Telephone: 860-828-0571<br>Facsimile: 860-828-3297<br>derickson@stanchem-inc.com | Trade Payable | | $963,063 |
| Hewlett Packard Company<br>3000 Hanover Street<br>Polo Alto, CA 94304-1185<br>Telephone: 402-758-3163<br>Facsimile: 402-758-3610 | Hewlett Packard Company<br>Attn: Accounts Receivable<br>3000 Hanover Street<br>Polo Alto, CA 94304-1185<br>Telephone: 402-758-3163<br>Facsimile: 402-758-3610<br>usar@hp.com | IT Services | | $927,670 |
| Bayer Corp<br>100 Bayer Rd<br>Pittsburgh, PA 15205-9741<br>Telephone: 412-777-2315<br>Facsimile: 412-777-3422 | Jason D. Ward, Sr. Commercial Sales Specialist<br>Bayer Corp<br>100 Bayer Rd<br>Pittsburgh, PA 15205-9741<br>Telephone: 412-400-7595<br>Facsimile: 412-777-3422<br>jason.ward@bayer.com | Trade Payable | | $902,583 |

4

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Evonik Corporation<br>379 Interpace Pkwy.<br>Parsippany, NJ 07054-0677<br>Telephone: 251-443-2662<br>Facsimile: 251-443-4918 | Tom Lahey, Sales Director<br>Evonik Corporation<br>379 Interpace Pkwy<br>Parsippany, NJ 07054-0677<br>Telephone: 678-230-7248<br>Facsimile: 251-443-4918<br>thomas.lahey@evonik.com | Trade Payable | | $831,087 |
| MEGlobal Americas Inc<br>2030 Dow Center<br>Midland, MI 48674<br>Telephone: 989-636-9216<br>Facsimile: 989-636-1790 | Jim Ashworth, Commercial Director<br>MEGlobal Americas Inc<br>2030 Dow Center<br>Midland, MI 48674<br>Telephone: 704-907-2778<br>Facsimile: 989-636-1790<br>jimashworth@meglobal.biz | Trade Payable | | $767,183 |
| Evonik Cyro LLC<br>379 Interpace Pkwy.<br>Parsippany, NJ 07054-0677<br>Telephone: 800-225-0172<br>Facsimile: 973-541-8439 | Hilary Tait, Business Segment Manager<br>Evonik Cyro LLC<br>379 Interpace Pkwy.<br>Parsippany, NJ 07054-0677<br>Telephone: 973-229-0822<br>Facsimile: 973-541-8439<br>Hilary.tait@evonik.com | Trade Payable | | $765,737 |
| CEPSA Quimica Montreal LP<br>10200 Sherbrooke East<br>Montreal East QC H1B 1B4<br>Canada<br>Telephone: 514-645-7887<br>Facsimile: 514-645-9115 | Stephane Pageau<br>Manager Industrial Accounts<br>CEPSA Quimica Montreal LP<br>10200 Sherbrooke East<br>Montreal East QC H1B 1B4<br>Canada<br>Telephone: 514-645-7887 Ext 225<br>Facsimile: 514-645-9115<br>stephane.pageau@cepsa.com | Trade Payable | | $652,651 |
| Alnor Oil Co Inc<br>70 E Sunrise Highway<br>Ste. 418<br>Valley Stream, NY 11581-1221<br>Telephone: 516-561-6146<br>Facsimile: 516-561-6123 | Marjorie Klayman, President<br>Alnor Oil Co Inc<br>70 E Sunrise Highway<br>Ste. 418<br>Valley Stream, NY 11581-1221<br>Telephone: 516-561-6123<br>Facsimile: 516-561-6123<br>marge@alnoroil.com | Trade Payable | | $630,809 |

5

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Greif Inc<br>1225 Davies St.<br>Lockport, IL 60441-2895<br>Telephone: 740-657-6619<br>Facsimile: 740-657-6695 | Greif Inc<br>Karen Holley-Dillard, Accounts Receivable<br>1225 Davies St.<br>Lockport, IL 60441-2895<br>Telephone: 740-657-6619<br>Facsimile: 740-657-6695<br>Karen.holley-dillard@greif.com | Trade Payable | | $623,925 |
| BASF Corp<br>100 Campus Dr.<br>Florham Park, NJ 07932-1089<br>Telephone: 973-245-6573<br>Facsimile: 973-245-6779 | Gary R. Lambert, National Account Manager<br>BASF Corp<br>100 Campus Dr.<br>Florham Park, NJ 07932-1089<br>Telephone: 313-570-9864<br>Facsimile: 973-245-6779<br>Gary.lambert@basf.com | Trade Payable | | $574,522 |
| American Road Lines Inc<br>2250 E 15th Ave.<br>Gary, IN 46402<br>Telephone: 219-882-3986<br>Facsimile: 219-882-6811 | American Road Lines Inc<br>T. Pittman, Accounts Receivable<br>2250 E 15th Ave.<br>Gary, IN 46402<br>Telephone: 219-882-3986<br>Facsimile: 219-882-6811<br>traepittman@netscape.net | Transportation Services | | $525,944 |
| Reichhold Industries Ltd<br>1035 Swabia Ct.<br>Durham, NC 27703-5543<br>Telephone: 919-990-7629<br>Facsimile: 919-767-8534 | Bob Cicciari, Finance Director<br>Reichhold Industries Ltd<br>1035 Swabia Ct.<br>Durham, NC 27703-5543<br>Telephone: 919-990-7629<br>Facsimile: 919-767-8534<br>Bob.cicciari@reichhold.com | Intercompany | | $424,312 |
| TransWood Inc<br>P.O. Box 189<br>2565 St Mary's Ave.<br>Omaha, NE 68105<br>Telephone: 402-346-8092<br>Facsimile: 402-341-2112 | TransWood Inc<br>Attn: Accounts Receivable<br>P.O. Box 189<br>2565 St Mary's Ave.<br>Omaha, NE 68105<br>Telephone: 402-346-8092<br>Facsimile: 402-341-2112<br>dsmejkal@transwood.com | Transportation Services | | $418,520 |

6

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Eastman Chemicals Inc<br>200 S. Wilcox Dr.<br>Kingsport, TN 37660-5280<br>Telephone: 423-229-3912<br>Facsimile: 423-229-1191 | Phillip Younis<br>Eastman Chemicals Inc<br>200 S. Wilcox Dr.<br>Kingsport, TN 37660-5280<br>Telephone: 704-219-1128<br>Facsimile: 423-229-1191<br>pyounis@eastman.com | Trade Payable | | $402,664 |
| Coal City Cob Company Inc<br>4300 I35E<br>North Waxahachie, TX 75165<br>Telephone: 972-923-7500<br>Facsimile: 972-923-7599 | Coal City Cob Company Inc<br>Mike Clooen, President<br>4300 I35E<br>North Waxahachie, TX 75165<br>Telephone: 972-923-7500<br>Facsimile: 972-923-7599<br>moc@cccob.com | Transportation Services | | $388,442 |
| GreenChem Industries LLC<br>222 Clematis St., Suite 207<br>West Palm Beach, FL 33401<br>Telephone: 561-659-2236<br>Facsimile: 561-659-2237 | Jennifer Ritz Murrin, Sales Representative<br>GreenChem Industries LLC<br>222 Clematis St., Suite 207<br>West Palm Beach, FL 33401<br>Telephone: 561-414-1954<br>Facsimile: 561-659-2237<br>Jennifer@greenchemindustries.com | Trade Payable | | $354,443 |
| US Chemicals LLC<br>16 Thorndal Circle<br>Darien, CT 06820<br>Telephone: 203-655-8878<br>Facsimile: 203-662-3277 | Carol Piccaro, President<br>US Chemicals LLC<br>16 Thorndal Circle<br>Darien, CT 06820<br>Telephone: 203-655-8878<br>Facsimile: 203-662-3277<br>cpiccaro@uschemicals.com | Trade Payable | | $339,246 |
| Oxea Corp<br>1505 W LBJ Freeway<br>Dallas, TX 75234-9998<br>Telephone: 972-481-2718<br>Facsimile: 972-481-2777 | Bill Parker, North American Sales Director<br>Oxea Corp<br>1505 W LBJ Freeway<br>Dallas, TX 75234-9998<br>Telephone: 404-808-9074<br>Facsimile: 972-481-2777<br>Bill.parker@oxea-chemicals.com | Trade Payable | | $308,399 |

7

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| AFCO Credit Corporation 4501 College Blvd., Ste. 320 Leawood, KS 66211-2328 Telephone: 800-288-6901 Facsimile: 913-491-6638 | AFCO Credit Corporation Attn: P. J. Higgins 4501 College Blvd., Ste. 320 Leawood, KS 66211-2328 Telephone: 972-669-8870 Facsimile: 913-491-6638 pjhiggins@afco.com | Insurance Payable | | $283,860 |
| Berryman Chemical Inc 626 W Alabama St. Houston, TX 77006 Telephone: 713-520-0805 Facsimile: 713-520-8413 | Berryman Chemical Inc B. Berryman 626 W Alabama St. Houston, TX 77006 Telephone: 713-520-0805 Facsimile: 713-520-8413 bberryman@berrymanchemical.com | Trade Payable | | $261,303 |
| R&L Truckload 7290 College Pkwy., Ste. 200 Fort Myers, FL 33907 Telephone: 877-510-9133 Facsimile: 937-283-3902 | Marty Griffin, Sales R&L Truckload 7290 College Pkwy., Ste. 200 Fort Myers, FL 33907 Telephone: 877-510-9133 Facsimile: 937-283-3902 Marty.griffin@rlcarriers.com | Transportation Services | | $258,759 |
| Aceto Corp 4 Tri Harbor Ct. Port Washington, NY 11050 Telephone: 516-627-6000 Facsimile: 516-627-6093 | Keith Wilkenson, Vice President Aceto Corp 4 Tri Harbor Ct. Port Washington, NY 11050 Telephone: 516-478-9544 Facsimile: 516-627-6093 kwilkinson@aceto.com | Trade Payable | | $257,396 |
| CH2M Hill Engineers Inc. 1500 International Dr. Location Code: Spb Spartanburg, SC 29303 Telephone: 864-578-2000 Facsimile: 864-599-6400 | CH2M Hill Engineers Inc. Judy Rives, Accounts Receivable 1500 International Dr. Location Code: Spb Spartanburg, SC 29303 Telephone: 864-578-2000 Facsimile: 864-599-6400 judy.rives@ch2m.com | Environmental | | $251,668 |
| Chemical Transfer Co Inc 3105 S El Dorado St. Stockton, CA 95206 Telephone: 209-466-3554 Facsimile: 209-466-1855 | Chemical Transfer Co Inc Attn: Accounts Receivable 3105 S El Dorado St. Stockton, CA 95206 Telephone: 209-466-3554 Facsimile: 209-466-1855 rachelle@caltank.com | Transportation Services | | $232,380 |

8

| Name of creditor and complete mailing address, including zip code | Name, telephone number, facsimile number, email address, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Ascend Performance 600 Travis Street, Suite 300 Houston, TX 77002-2929 Telephone: 713-315-5713 Facsimile: 713-315-5813 | Scott Cochran, Global Segment Leader Ascend Performance 600 Travis Street, Suite 300 Houston, TX 77002-2929 Telephone: 770-856-4527 Facsimile: 713-315-5813 rscoch@ascendmaterials.com | Trade Payable | | $230,390 |
| CVC Thermoset Specialties 844 N. Lenola Road Moorestown, NJ 080571 Telephone: 856-533-3000 Facsimile: 856-533-3003 | Jim Griswold, Senior Sales Rep CVC Thermoset Specialties 844 N. Lenola Road Moorestown, NJ 080571 Telephone: 678-296-3517 Facsimile: 856-533-3003 Jim.griswold@emeraldmaterials.com | Trade Payable | | $226,770 |
| Albemarle Corp 451 Florida St Baton Rouge, LA 70801 Telephone: 225-388-8030 Facsimile: 225-388-7626 | Jeff Jakubowski, Senior Sales Rep Albemarle Corp 451 Florida St Baton Rouge, LA 70801 Telephone: 203-297-2906 Facsimile: 225-388-7626 jeff.jakubowski@albemarle.com | Trade Payable | | $224,430 |
| General Steel Drum LLC 4500 S Boulevard Charlotte, NC 28209 Telephone: 800-796-4226 Facsimile: 704-525-1430 | General Steel Drum LLC Attn: Accounts Receivable 4500 S Boulevard Charlotte, NC 28209 Telephone: 800-796-4226 Facsimile: 704-525-1430 accounting@generalsteeldrum.com | Trade Payable | | $218,981 |
| Cabot Corporation Two Seaport Lane, Suite 1300 Boston, MA 02210 Telephone: 617-345-0100 Facsimile: 617-342-6103 | Cabot Corporation Attn: Accounts Receivable 700 E Highway 36 Tuscola, IL 61953-9643 Telephone: 678-297-1364 Facsimile: 678-297-3441 na.credit.ar@cabotcorp.com | Trade Payable | | $215,637 |

9

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief.

Dated: September 30, 2014
        Durham, North Carolina

_____

Name: Roger L. Willis
Title: Authorized Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
In re:                                             :    Chapter 11
                                                   :
REICHHOLD, INC.,                                   :    Case No. 14-_____ (____)
                                                   :
          Debtor.                                  :    Tax I.D. No. 13-1764826
-------------------------------------------------- x
```

## STATEMENT OF CORPORATE OWNERSHIP

Following is the list of corporations which own ten percent or more of the Debtor's stock. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| Holder | Kind of Interest | Percentage of Ownership |
|---|---|---|
| Reichhold Holdings US, Inc. | Common Stock | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing statement and it is true and correct to the best of my knowledge, information and belief.

Dated: September 30, 2014
        Durham, North Carolina

Name: Roger L. Willis
Title: Authorized Officer

52719/0001-10313895v2

## REICHHOLD, INC.

<u>Secretary's Certificate</u>

Edward Castorina, being the duly elected Secretary of Reichhold, Inc. (the "Company"), does hereby certify, in his capacity as Secretary of the Company and not in his individual capacity, as follows:

1.     The resolutions attached hereto as <u>Exhibit A</u> were duly adopted by the Board of Directors (the "Board") of the Company at a duly convened meeting of the Board of the Company held on September 29, 2014.  All such resolutions are in full force and effect on the date hereof in the form in which adopted without amendment, modification or revocation, and no other resolutions or action by the Board of the Company have been adopted relating the subject matter of the attached resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate as of this 30th day of September, 2014.

Name:  Edward Castorina
Title:  Secretary

# EXHIBIT A

# RESOLUTIONS

## OF THE BOARD OF DIRECTORS OF

## REICHHOLD, INC.

The Board of Directors (the "Board") of Reichhold, Inc. (the "Company"), hereby consent, at a duly convened meeting of the Board of Directors and pursuant to the provisions of applicable law, to taking the following actions and adopting the following resolutions:

**NOW, THEREFORE BE IT:**

**RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that John S. Gaither, Roger L. Willis, Mitzi A. Van Leeuwen, Elizabeth H. Cassidy and Patrick Tuttle (each, an "Authorized Officer") shall be, and hereby are, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in such form and at such time as the Authorized Officer executing said petition shall determine; and it is further

**RESOLVED**, that each Authorized Officer shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Companies to obtain post-petition financing (the "Post-Petition Financing") according to the terms negotiated by such Authorized Officer, including under one or more debtor-in-possession credit facilities and/or note purchase agreements in amounts determined appropriate by such Authorized Officer, and to effectuate the foregoing, to enter into such loan agreements, note purchase agreements, other debt-related documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "Credit Documents") as may be deemed necessary or appropriate by the Authorized Officer; and it is further

**RESOLVED**, that the Company be, and hereby is, authorized to borrow the Post-Petition Financing under and/or issue and sell in accordance with, the Credit Documents in the manner and amounts determined appropriate by any Authorized Officer; and it is further

**RESOLVED**, that the Company be, and hereby is, authorized to repay any of its outstanding indebtedness with the proceeds of the Post-Petition Financing in amounts

52719/0001-10275783v2

determined appropriate by any Authorized Officer and to pay any expenses, premiums or fees in connection with such repayment; and it is further

**RESOLVED**, that the Company be, and it hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Officer, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Companies; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is authorized, empowered and directed, in the name and on behalf of the Company to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case including, without limitation, seeking a sale of the assets of the Company; and it is further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents; and to take any and all actions which the Authorized Officer deems necessary or appropriate, including the incurrence and guarantee of indebtedness and the grant of security interests and pledges; each in connection with the Chapter 11 Case, any post-petition financing or any cash collateral usage contemplated hereby; and it is further

**RESOLVED**, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. is hereby retained as counsel to the Company to render legal services to, and to represent the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the firm of CDG Group, LLC is hereby retained as the financial advisor/investment banker to the Company in connection with the Chapter 11 Case, on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the firm of Hunton & Williams LLP is hereby retained as special counsel to the Company on environmental and other issues in connection with the Chapter 11 Case, on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the firm of Kelly Garfinkle Strategic Restructuring LLC is hereby retained as special pension advisor to the Company in connection with the Chapter 11 Case, on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that the firm of Dickstein Shapiro LLP is hereby retained as special asbestos counsel to the Company in connection with the Chapter 11 Case, on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that Logan & Company, Inc. is hereby retained to provide the Company with consulting services, including, without limitation, noticing, claims management and reconciliation and any other related matters, on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "Professionals") as may be deemed necessary or appropriate by the Authorized Officer to assist the Company in carrying out its responsibilities in the Chapter 11 Case; and it is further

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any current officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Officer or any other person authorized to act by an Authorized Officer, which are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed.