IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                        :
In re:                                       :   Chapter 11

REICHHOLD HOLDINGS US, INC., *et al.*,   :   Case No. 14-12237 (MFW)

                                        :   (Jointly Administered)
                Debtors.[3]
                                        :   **Related to Docket No. 1247 and 1385**
------------------------------------------------------------x

## ORDER AND FINAL DECREE CLOSING THREE OF THE DEBTORS' CASES

On the request of the Debtors for an order and final decree closing three of their cases; and the Court having jurisdiction over this proceeding; and the proceeding being core; and venue of the proceeding being proper; and the Court having reviewed the Debtors' request and any filings related thereto; and due notice of the request having been provided; and the estates of Reichhold Liquidation, Inc., Canadyne Corporation, and Canadyne-Georgia Corporation being fully administered because those estates were substantively consolidated with the estate of Reichhold Holdings US, Inc. under the Second Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors [Docket No. 1247], as amended; and after due deliberation, and sufficient cause appearing; therefore,

**IT IS HEREBY ORDERED AND DECREED THAT:**

1.    The Debtors' request is **GRANTED** as set forth in this Order.

2.    The following cases (the "Closed Cases") are closed:

    (a)    <u>In re Reichhold Liquidation, Inc.</u>, Case No. 14-12238 (MFW).

    (b)    <u>In re Canadyne Corp.</u>, Case No. 14-12239 (MFW).

---

[3] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Reichhold Holdings US, Inc. (5768), Reichhold Liquidation, Inc. (f/k/a Reichhold, Inc.) (4826), Canadyne Corporation (7999), and Canadyne-Georgia Corporation (7170). The street address for the Debtors is 1035 Swabia Court, Durham, North Carolina 27703.

52719/0001-12797315v1

      (c)     <u>In re Canadyne-Georgia Corp.</u>, Case No. 14-12240 (MFW).

3.     A copy of this Order will be docketed in the Closed Cases.

4.     <u>In re Reichhold Holdings US, Inc.</u>, Case No. 14-12237 (MFW) (the "Open Case") will remain open.

5.     This Order will not affect the substantive rights of any party in interest.

6.     Proceedings that would be brought in any of the Closed Cases may be brought in the Open Case.

7.     Nothing in this Order prevents any party from moving the Court to re-open the Closed Cases.

8.     The Court retains jurisdiction over the Open Case and any matter or proceeding arising from or related to the Debtors' request or this Order.

Dated: March 3, 2016
      Wilmington, Delaware

                                        THE HONORABLE MARY F. WALRATH
                                        UNITED STATES BANKRUPTCY JUDGE